UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| W.K.G., JR., minor child, b/n/f ARNETTE GUY, | § § | |
| Plaintiff, | § § § § | Civ. No. CC-09-65 |
| v. | § § | |
| NUECES COUNTY JUVENILE DETENTION DEPARTMENT, *et al.*, Defendants. | § § § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

The Magistrate Judge recommends that Plaintiff's civil rights suit be dismissed for want of prosecution. D.E. 31. Plaintiff failed to appear at a hearing in this case on July 30, 2009. Plaintiff failed to respond to the Magistrate Judge's show cause order with any reason why this case should not be dismissed. D.E. 29. No harm can come to Plaintiff's case by dismissal at this stage. The two-year limitations period begins at the earliest at the date of the incident of which he complains, and perhaps later because of his age. Plaintiff will be of age to bring his own suit next year and can then refile if he chooses without parental assistance.

When no timely objection to the Magistrate Judge's Memorandum and Recommendation is filed, the Court need only satisfy itself that there is no "clear error" on the face of the record in order to accept the Magistrate Judge's recommendation. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir.1996) (citing FED. R. CIV. P. 72(b) advisory committee's note (1983)).

Having reviewed the pleadings and motions on file, the Court finds no clear error in the Magistrate Judge's recommendation. The Court accepts the Magistrate Judge's recommendation and DISMISSES Plaintiff's case for want of prosecution.

ORDERED this 31 day of July, 2009.

HAYDEN HEAD
CHIEF JUDGE